# Exhibit B

