1
2
3                    UNITED STATES DISTRICT COURT
4                       DISTRICT OF COLUMBIA
5

| | |
|---|---|
| **KOHL'S DEPARTMENT STORES INC.**<br>N56 W17000 Ridgewood Dr.<br>Menomonee Falls, WI 53051<br><br>AND<br><br>**NITCHES, INC.**<br>10280 Camino Santa Fe<br>San Diego, CA 92121<br><br>                    Plaintiffs,<br>          v.<br><br>**FORIA INTERNATIONAL INC.**<br>18689 Arenth Ave.<br>City of Industry, CA 91748<br><br>                    Defendant. | Case No.:<br><br>**CERTIFICATE of CORPORATE<br>DISCLOSURES** |

   I, the undersigned, counsel for record for Kohl's Department Stores, Inc. and Nitches Inc. ("Plaintiffs"), certify that to the best of my knowledge and belief, the following are the only parent companies, subsidiaries or affiliates of either plaintiff, which have any outstanding securities in the hands of the public:

   Kohl's Corporation.

I:\n\Nitches\Foria\CorpDiscl.doc

1 | These representations are made in order that judges of this court may determine the need for
2 | recusal.

3 | DATED: May 27, 2005

_____/s/_____
MEGAN E. GRAY (DC Bar No. 478479)
ROYLANCE, ABRAMS, BERDO, & GOODMAN LLP
1300 19TH Street NW, Suite 600
Washington, DC 20036
Tel: (202) 530-7365
Fax: (202) 659-9344

Attorney for Plaintiffs
KOHL'S DEPARTMENT STORES, INC. and
NITCHES, INC.