UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**KOHL'S DEPARTMENT STORES INC.**
N56 W17000 Ridgewood Dr.
Menomonee Falls, WI 53051

AND

**NITCHES, INC.**
10280 Camino Santa Fe
San Diego, CA 92121

                Plaintiffs,
    v.

**FORIA INTERNATIONAL INC.**
18689 Arenth Ave.
City of Industry, CA 91748

                Defendant.

Case No.: 05-1078 ESH

**AMENDED CERTIFICATE of CORPORATE DISCLOSURES**

I, the undersigned, counsel for record for Kohl's Department Stores, Inc. and Nitches Inc. ("Plaintiffs"), certify that to the best of my knowledge and belief, the following are the only parent companies, subsidiaries or affiliates of either plaintiff, which have any outstanding securities in the hands of the public:

      Kohl's Corporation

      Nitches, Inc.

I:\n\Nitches\Foria\AmendCorpDiscl.doc

These representations are made in order that judges of this court may determine the need for recusal.

DATED: June 2, 2005 _____/s/_____
MEGAN E. GRAY (DC Bar No. 478479)
ROYLANCE, ABRAMS, BERDO, & GOODMAN LLP
1300 19TH Street NW, Suite 600
Washington, DC 20036
Tel: (202) 530-7365
Fax: (202) 659-9344

Attorney for Plaintiffs
KOHL'S DEPARTMENT STORES, INC. and
NITCHES, INC.