**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORIA INTERNATIONAL INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:05-CV-01078 (ESH) |

## ORDER

Upon consideration of Defendant Foria International, Inc.'s Motion to Dismiss Complaint or, in the Alternative, to Transfer Venue, any opposition thereto, and the entire record in this case, it is this _____ day of _____, 2005 hereby ORDERED that this action is [dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction], [dismissed pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a) for improper venue], [transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a)].

_____
The Honorable Ellen Segal Huvelle
United States District Judge