UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KOHL'S DEPARTMENT STORES, )
INC., and NITCHES, INC., )
 )
        Plaintiffs, )
 )
v. )   Case No. 1:05-CV-01078 (ESH)
 )
FORIA INTERNATIONAL, INC., )
 )
        Defendant. )

## DECLARATION OF TEDDY MANG

I, TEDDY MANG, hereby declare as follows:

1. I am the president and chief executive officer of Foria International, Inc. ("Foria"), a California corporation with a principal place of business in City of Industry, California. I have personal knowledge as to the facts stated below. If called upon to testify, I could and would do so competently.

2. Foria is in the business of manufacturing and distributing men's and boys' apparel, including printed T-shirts and blue jeans. Foria does not sell goods directly to consumers; rather, Foria sells exclusively to larger retailers like Wal-Mart, Kohl's, and Bealls. Foria has no control over when, where, or how its customers might choose to resell Foria's goods to consumers.

3. Foria conducts its business and sells its goods from its principal place of business in City of Industry, California.

4. Foria has no offices, employees or operations in the District of Columbia. Foria has no customers in the District of Columbia and has never shipped any goods to or received any payments from the District of Columbia.

5.  Foria has never engaged in or solicited any business within the District of Columbia, and Foria has never sent employees to the District of Columbia for the purpose of engaging in or soliciting business.

6.  Foria does not have any agents or representatives in the District of Columbia. Foria has never entered into any form of contract in the District of Columbia or with any party located in the District of Columbia.

7.  Foria has not attended trade shows in the District of Columbia.

8.  Foria has never advertised for business in the District of Columbia, nor has Foria ever sent catalogs or any other form of direct mail advertising to the District of Columbia.

9.  Foria does not maintain a web site. Foria does not have a District of Columbia telephone number, nor does it have bank accounts, investment accounts or any form of personal or real property located in the District of Columbia.

10. The artist who created the copyrighted design at issue in this case for Foria is located in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 6/22/2005          By: _____
                              Teddy Mang
                              President of Foria International, Inc.