# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, )<br>INC., and NITCHES, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>FORIA INTERNATIONAL INC., )<br>)<br>Defendant. ) | Case No. 1:05-CV-01078 (ESH) |

## DECLARATION OF MICHELLE M. MARCUS

I, MICHELLE M. MARCUS, do hereby declare as follows:

1. I am a member of the bars of the District of Columbia and Maryland, and am admitted to practice before this Court.

2. I make this declaration in support of Foria International, Inc.'s Motion to Dismiss Complaint, or in the Alternative, to Transfer Venue.

3. Attached hereto as Exhibit A is a true and correct copy of a webpage titled "Our Locations," printed June 21, 2005 from Kohl's Department Stores, Inc.'s website (www.kohlscorporation.com). According to this page, Kohl's maintains 66 stores in California, the most of any state, and none in the District of Columbia. Moreover, the page states that Kohl's maintains one of its nine distribution centers in San Bernardino, California.

4. Attached hereto as Exhibit B is a true and correct copy of a Store Locator webpage titled "Closest locations within 50 miles of Los Angeles, CA", listing the ten closest Kohl's store locations within 50 miles of Los Angeles, California, printed June 22, 2005 from Kohl's website.

5. Attached hereto as Exhibit C is a true and correct copy of the counties included within the jurisdiction of the United States District Court for the Central District of California, printed June 21, 2005 from that Court's website (www.cacd.uscourts.gov).  These counties include Los Angeles County, San Bernardino County, San Luis Obispo County, Santa Barbara County, Ventura County, Orange County, and Riverside County.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  June 22, 2005                                                          /s/
                                                                  _____
                                                                  Michelle M. Marcus (D.C. Bar # 482627)
                                                                  VENABLE LLP
                                                                  575 7th Street, NW
                                                                  Washington, D.C. 20004
                                                                  Tel:  (202) 344-4000
                                                                  Fax:  (202) 344-8300
                                                                  mmmarcus@venable.com

                                                                  Attorney for Defendant Foria International, Inc.