Our Locations

# KOHL'S

about kohl's | careers | news | investor relations | community relations | sponsorships & promotions | shop kohls.com | charge cards | store locator | Enter ZIP | go | corp. gift cards | faqs | contact us

## About Kohl's

- About Kohl's
- Our Associates
- Our Brands
- Our Convenience
- Our Locations
- Our Milestones

## Our Locations

We began in 1962 as one department store with a vision. That was before the Internet, before Kohl's went public, and before our total Associates numbered well above 50,000.

Today, you can find our stores in neighborhoods across the United States. And, every year, we continue to build new stores in new states, working to reach all our customers nationwide.

Plus, you can now shop Kohl's online, 24 hours a day, seven days a week, for all the brand names and great values you've come to expect from Kohl's.

From the stores, to Kohls.com, to our corporate office and distribution centers, we're all working to serve you better. Find out more about our locations below.

**Planning to visit our corporate office?**
Click here to download directions to our corporate office.

### Kohl's Department Stores by State
Includes planned locations not yet open

| State | No. of Stores |
|---|---|
| Alabama | 4 |
| Arizona | 15 |
| Arkansas | 6 |
| California | 66 |
| Colorado | 17 |
| Connecticut | 15 |
| Delaware | 3 |
| Georgia | 19 |
| Illinois | 53 |
| Indiana | 25 |
| Iowa | 10 |

**Our Stores**
Kohl's Department Stores are conveniently located in suburban areas and always feature easy access and ample parking. Averaging 86,500 square feet in size, our stores are designed to ensure a satisfying, hassle-free shopping experience for our customers.

We currently operate throughout the United States, and our rapid growth means there are always exciting retail career opportunities available. Contact a Kohl's store near you to learn more about becoming a Kohl's Associate.

Back to Top

**Kohls.com**
Kohl's has been on the World Wide Web since 1998, and we've offered

Our Locations

| | |
|---|---|
| Kansas | 7 |
| Kentucky | 9 |
| Maine | 2 |
| Maryland | 14 |
| Massachusetts | 18 |
| Michigan | 35 |
| Minnesota | 23 |
| Mississippi | 2 |
| Missouri | 15 |
| Nebraska | 4 |
| Nevada | 5 |
| New Hampshire | 6 |
| New Jersey | 30 |
| New York | 36 |
| North Carolina | 20 |
| North Dakota | 1 |
| Ohio | 43 |
| Oklahoma | 7 |
| Pennsylvania | 32 |
| Rhode Island | 2 |
| South Carolina | 5 |
| South Dakota | 2 |
| Tennessee | 12 |
| Texas | 49 |
| Utah | 5 |
| Vermont | 1 |
| Virginia | 20 |
| West Virginia | 2 |
| Wisconsin | 35 |
| **TOTAL** | **675** |

online shopping at www.kohls.com since 2000. Our site works to keep our customers informed of company news, financial news and career opportunities, while providing an online shopping experience that's as enjoyable and hassle-free as shopping any one of our bricks-and-mortar locations.

Back to Top

**Our Corporate Office**
Our corporate office is home to a team of more than 1,500 people who provide a wide range of services to support the total corporation, including our more than 500 stores nationwide.

Located in Menomonee Falls, Wisconsin, Kohl's corporate headquarters offers a broad spectrum of career opportunities in fields like advertising/marketing, finance, information systems, human resources, real estate, product development, store planning, interior design and construction. Visit www.KohlsCareers.com to learn more!

Back to Top

**Our Distribution Centers**
Kohl's distribution centers are automated, flow-through centers serving our stores and fulfilling our e-commerce orders. Located in Menomonee Falls, Wisconsin; Winchester, Virginia; Findlay, Ohio; Blue Springs, Missouri; Corsicana, TX; Mamakating, NY; San Bernardino, CA; Monroe, Ohio; and Macon, GA, our nine distribution centers offer career opportunities for both hourly and salaried positions.

Back to Top