Kohl's Store Locator

**Store Locator**

Find a Location

New Stores

Store Tour

Directions to Corporate

## Closest locations within 50 miles of Los Angeles, CA:

Click on any store name below to see a map of the area, or click here to see all closest locations of interest.

1. **Alhambra**
   1201 S. Fremont Ave.
   Alhambra, CA 91803
   **Phone:** (626)289-7250
   THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

2. **Lakewood**
   2650 Carson St
   Lakewood, CA 90712
   **Phone:** (562)425-2127
   **Intersection Directions:** Southwest corner of Paramount and Carson
   THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

3. **Cerritos Towne Center**
   12821 Towne Center Dr
   Cerritos, CA 90703
   **Phone:** (562)403-0210
   **Intersection Directions:** Southeast corner of Artesia Freeway and Bloomfield
   THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

4. **La Habra**
   1610 W Imperial Hwy
   La Habra, CA 90631
   **Phone:** (562)691-0675
   **Intersection Directions:** Southeast corner of Beach and Imperial
   THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

5. **Torrance**
   25375 Crenshaw Blvd
   Torrance, CA 90505

### Store Hours*

| | |
|---|---|
| **Monday - Friday** | 8 a.m. - 10 p.m. |
| **Saturday** | 8 a.m. - 10 p.m. |
| **Sunday** | 10 a.m. - 8 p.m. |

* Store hours may vary, especially during the holidays. Please call the store location for more information.

### We're Hiring!

We're more than a great place to shop. To inquire about our open positions or to apply, please visit our store in person. Meanwhile, learn more about the retail career opportunities Kohl's has to offer you.

shop Kohl's.com    store locator    Enter ZIP

about kohl's    careers    news    investor relations    community relations    sponsorships & promotions    charge cards    corp.gift cards    bags    contact us

**Phone:** (310)530-3079
**Intersection Directions:** Northwest corner of Pacific Coast Hwy and Crenshaw
THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

6. Buena Park
8191 La Palma Ave
Buena Park, CA 90620
**Phone:** (714)521-8202
**Intersection Directions:** Northeast corner of La Palma Ave and Camellia Dr
THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

7. Seal Beach
12345 Seal Beach Blvd
Seal Beach, CA 90740
**Phone:** (562)594-3831
**Intersection Directions:** Northwest corner of Seal Beach Blvd and St Cloud Dr
THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

8. Glendora
1225 S Lone Hill Ave
Glendora, CA 91740
**Phone:** (909)592-6960
**Intersection Directions:** Northwest corner of Gladstone St and Lone Hill Ave
THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

9. West Hills
6651 N Fallbrook Ave
West Hills, CA 91307
**Phone:** (818)251-9850
**Intersection Directions:** Northwest corner of Fallbrook and Victory
THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

10. Huntington Beach
7777 Edinger Ave Ste 136
Huntington Beach, CA 92647
**Phone:** (714)373-5317
**Intersection Directions:** Northwest corner of Edinger and Beach
THERE'S BEAUTY IN STORE! American Beauty, Flirt! and good skin™ beauty products sold here.

Kohl's Store Locator

 **Find another location.**

Powered by: MAPQUEST.

These maps/directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest, Kohl's, and their suppliers assume no responsibility for any loss or delay resulting from such use.

MapQuest.com, Inc. Terms of Use and Copyright Information