CACD Court Information (Locations)                                          Page 1 of 1

# Locations

*Found 4 items.*

**Court Site**                                                  **Last Updated**
- Eastern Division - Riverside Courthouse                       08/10/2004
- Southern Division - Santa Ana Courthouse                      08/18/2004
- Western Division - Roybal Federal Bldg                        07/14/2004
- Western Division - Spring Street Courthouse                   07/14/2004

*Found 4 items.*



United States District Court
**CENTRAL DISTRICT OF CALIFORNIA**

San Luis Obispo
Santa Barbara County
Ventura County
San Bernardino County
Los Angeles County
Riverside County
Orange County

**Divisional Offices**
1. Western Division - Roybal Federal Building
2. Western Division - Spring Street Courthouse
3. Southern Division - Santa Ana Courthouse
4. Eastern Division - Riverside Courthouse

http://www.cacd.uscourts.gov/cacd/CourtInfo.nsf/c755da45cb6a17bc882567d10055026e?OpenView    6/21/2005