UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, ) <br> INC., and NITCHES, INC., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> FORIA INTERNATIONAL INC., ) <br> 18689ArenthAve. ) <br> City of Industry, CA  91748 ) <br> ) <br> Defendant. ) | Case No. 1:05-CV-01078 (ESH) |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, TO TRANSFER VENUE; OR IN THE ALTERNATIVE, MOTION IN SUPPORT OF JURISDICTIONAL DISCOVERY**

Plaintiffs, by their attorney, request that this Court deny Defendant Foria International's Motion to Dismiss Complaint, or in the Alternative, to Transfer Venue ("Defendant's Motion") because jurisdiction and venue are proper in this forum; or, in the alternative, stay consideration of the personal jurisdiction issue to permit Plaintiffs to conduct jurisdictional discovery.

As grounds for this motion, Plaintiffs state that:

1. Personal jurisdiction exists over Defendant at the time this action was filed pursuant to D.C. CODE ANN. §§ 334(a) or 423(a)(1). Contrary to the allegations set forth in Defendant's motion, Defendant has conducted and transacted business in this District, such that the exercise of personal jurisdiction over the Defendant is proper.

2. Venue in this judicial district is proper under 28 U.S.C. § 1391(b), § 1391(c), and 1400(a).

3. The interests of justice and the balance of the private and public interests require that this action remain in the United States District Court for the District of Columbia, where personal jurisdiction exists over Defendant and venue is proper.

I:\n\Nitches\motionOppMTD.doc

In the alternative, Plaintiffs ask this Court to stay ruling on Defendant's Motion and enter a preliminary scheduling order authorizing: (a) Plaintiffs to conduct jurisdictional discovery for sixty (60) days; (b) Plaintiffs to file a supplemental opposition to Defendant's motion to dismiss fourteen (14) days after the close of discovery; and (c) Defendant to file a supplemental reply fourteen (14) days after Plaintiffs file their supplemental opposition.

Date: July 5, 2005

Respectfully submitted,

_____
MEGAN E. GRAY (D.C. Bar No. 478479)
ROYLANCE, ABRAMS, BERDO & GOODMAN, L.L.P.
1300 19th Street, N.W.
Washington, DC 20036
Tel: (202) 659-9076
Fax: (202) 659-9344

Attorney for Plaintiffs