UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES,<br>INC., and NITCHES, INC.,<br><br>    Plaintiffs,<br>v.<br><br>FORIA INTERNATIONAL INC.,<br>18689 Arenth Ave.<br>City of Industry, CA 91748<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:05-CV-01078 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CHELSEA WALKER**

I, Chelsea K. Walker, hereby declare as follows:

  1.  I am an employee of Roylance, Abrams, Berdo & Goodman, L.L.P., and a legal assistant to Megan Gray. The matters stated in this Declaration are within my personal knowledge, except those matters that are stated on information and belief, and if called upon to testify thereto, I could and would competently do so.

  2.  I searched the on-line Federal Trade Commission database of registered identification numbers (RNs) at http://www.ftc.gov/bcp/rn/. The RN for Foria International, Inc. is 63720.

  3.  I visited the Stein Mart store located at 5345 Wisconsin Avenue, Suite 200, Washington, D.C. 20015 on Tuesday, July 5, 2005.

  4.  I found a large quantity of apparel of various colors, sizes and designs bearing an RN 63720 identification tag.

  5.  Apparel bearing the RN 63720 identification tag at the D.C. Stein Mart store has the same beach motif as the design at issue in this litigation.

6.  On Tuesday, July 5, 2005, I purchased three shirts bearing the RN 63720 identification tag from the Stein Mart store located at 5345 Wisconsin Avenue, Suite 200, Washington, D.C. 20015. A copy of the sales receipt is included in Exhibit A to my Declaration.

7.  Exhibit A to my Declaration also includes two pages of copies for each of the three Foria shirts purchased. The first page, working clockwise, has copies of the Stein Mart hang tag, the neck tag with Foria's RN identification, and the neck label. The second page has a copy of the shirt design.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 5_, 2005, in Washington, D.C.

By: /s/ Chelsea K. Walker
Chelsea K. Walker

# Exhibit A

```
STEIN MART-287 Washington, DC

      PLEASE KEEP YOUR RECEIPT
        RETURN BEFORE      8/4/05

   337591 CASH-1      3726 0287 007

 15053861 145-S/S TEES        8.87
 14892160 145-S/S WOVENS     16.67
 15095334 145-S/S WOVENS     14.87
              SUBTOTAL       40.41
        5.75% SALES TAX       2.33
                 TOTAL       42.74


    ACCOUNT NUMBER     XXXXXXXXXXX1000
       AMERICAN EXPRESS
       EXPIRE DATE              42.74
       AUTH CODE                02/09
                                549053

 Customer: CHELSEA K WALKER

 IF PURCHASED ELSEWHERE: $   104.00

 YOUR STEIN MART SAVINGS:$    63.59

 THANK YOU FOR SHOPPING AT STEIN MART

                   7/05/05  12:51PM
```


















