UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:05-CV-01078 (ESH) |
| FORIA INTERNATIONAL INC., 18689 Arenth Ave. City of Industry, CA 91748 | ) ) ) ) ) | |
| Defendant. | ) ) | |

### DECLARATION OF DIANE OCHOTSKY

I, Diane Ochotsky, hereby declare as follows:

1. I am an employee of Nitches, Inc. My positions include Vice President/Director of Production and Vice President Newport Blue Division. The matters stated in this Declaration are within my personal knowledge, except those matters that are stated on information and belief, and if called upon to testify thereto, I could and would competently do so.

2. During an in-person meeting within the last month, Stein Mart indicated to me that Foria is one of Stein Mart's current vendors vis-à-vis its private label programs for apparel.

3. A mutual supplier to both Defendant and Nitches has confirmed that Defendant does large, recurring business with Stein Mart.

4. Stein Mart, unlike many other retailers, requires its vendors to ship directly to store locations, not to a central distribution center.

5.  In fact, upon information and belief, Stein Mart does not even have its own distribution center.

6.  Nitches is quite familiar with how Stein Mart conducts its business and Stein Mart's requirements for its vendors, because Nitches, like Foria, is also a vendor to Stein Mart.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 5th, 2005, in Encinitas, CA.

By: _____
Diane Ochotsky