UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FORIA INTERNATIONAL INC.,<br>18689 Arenth Ave.<br>City of Industry, CA 91748<br><br>Defendant. | Case No. 1:05-CV-01078 (ESH) |

## DECLARATION OF PAUL WYANDT

I, Paul Wyandt, hereby declare as follows:

1. I am President of Nitches, Inc. The matters stated in this Declaration are within my personal knowledge, except those matters that are stated on information and belief, and if called upon to testify thereto, I could and would competently do so.

2. Foria has already admitted that it sells to such large retailers as Wal-mart, Bealls, and Kohl's. These retailers could have distribution centers in the D.C. area, even if they don't have retail stores here.

3. Hecht's is a customer of Nitches. Given the type of retailer to which Foria admittedly sells, and evidence of the overlapping nature of Nitches' and Foria's customers (e.g., Kohl's and Stein Mart), there is a significant chance that Hecht's is also a Foria customer.

4. Given the size and scope of Foria's business, and based on my experience with the apparel industry, it is my reasonable belief that Foria has contacts in the District of Columbia.

5. It is common for apparel companies, such as Foria, to purchase artwork from independent contractors, who can be located anywhere, and who then assign ownership rights to the company. Many art houses used by apparel companies are located overseas.

6. The parties' overlapping customer base further supports the likelihood of Foria having D.C. contacts because Nitches has, in the first six months of 2005, sold almost $54,000 of product to three different companies in this District. Foria likely has equivalent sales.

7. In the apparel industry, companies have to regularly change the specific designs in their lines to avoid an appearance of becoming "stale."

8. Nitches is headquartered in San Diego, CA.

9. Nitches conducts and transacts business in the District of Columbia.

10. Transferring venue to the greater Los Angeles, CA area would place undue hardships upon Nitches. All the Nitches employees with personal knowledge relevant to this case are in San Diego. These employees will have to travel to L.A. to participate in the lawsuit instead of working, thereby lowering work production and incurring travel expenses.

11. Contrary to what non-Californians may think about the size of California, it is an extremely large state. San Diego and L.A. are far from being close to one another. The drive between San Diego and L.A. regularly takes several hours.

12. The vast majority of Nitches' evidence will be oral testimony from our accountants, designers, sales persons, and officers, and documentary evidence regarding

our independent creation, sales revenue, cost deductions, overhead expenses, and profit margins, all of which is located in San Diego.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 5_, 2005, in Corolla, NC.

By: _____
Paul Wyandt

I:\n\Nitches\wyandt declaration.doc        3