UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORIA INTERNATIONAL INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 1:05-CV-01078 (ESH) ) ) ) ) |

## **ORDER**

Upon consideration of Plaintiffs' Opposition to Defendant's Motion to Dismiss Complaint, or, in the Alternative, to Transfer Venue; or, in the Alternative, Motion in Support of Jurisdictional Discovery, and any reply thereto, and the entire record in this case, it is this _____ day of _____, 2005 hereby ORDERED that:

- Defendant's Motion to Dismiss Complaint is denied;

- Defendant's Motion to Transfer Venue is denied;

- Decision on Defendant's Motions to Dismiss Complaint and to Transfer Venue are stayed to conduct jurisdictional discovery, whereby

    o Plaintiff has sixty (60) days to conduct jurisdictional discovery,

    o Plaintiffs have fourteen (14) days after the close of discovery to file a supplemental opposition to Defendant's Motion to Dismiss, and

    o Defendant has fourteen (14) days after Plaintiffs file its supplemental opposition to file a supplemental reply.

_____
The Honorable Ellen Segal Huvelle
United States District Judge
