<b>UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA</b>

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., <br><br>        Plaintiffs,<br>v.<br><br>FORIA INTERNATIONAL INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:05-CV-01078 (ESH)<br>)<br>)<br>)<br>)<br>) |

<b><u>DECLARATION OF KASSANDRA CLINGAN</u></b>

I, KASSANDRA CLINGAN, do hereby declare as follows:

1. I am a member of the State Bar of California.

2. I make this declaration in support of Foria International, Inc.'s Reply in Support of its Motion to Dismiss Complaint, or in the Alternative, to Transfer Venue.

3. During pre-litigation settlement talks, counsel for Nitches and Kohl's requested information on the identity and location of the artist who created the copyrighted design at issue in this litigation. I have reviewed Ms. Gray's declaration in support of Nitches's and Kohl's opposition, but contrary to Ms. Gray's accusation, I never "unambiguously stated that Foria is unable to identify this individual." Rather, I told Ms. Gray that Foria had no duty to disclose the identity of the artist as part of pre-litigation settlement discussions. Foria assuredly knows and has always known the identity and location of the artist in question. The artist resides in Los Angeles, California, and is currently employed by Foria.

4. On June 30, 2005, Foria filed a Complaint against Nitches and Kohl's for Copyright Infringement and Breach of Accord Agreement, in the United States District Court for the Central District of California. A copy of the Complaint along with a Request for Waiver of Service of Process has been sent to Megan Gray. Attached hereto as Exhibit "A" is a true and correct copy of that Complaint minus exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 12, 2005

*Kassandra Clingan*
Kassandra Clingan, Esq.
Mark Fang, Attorney At Law, P.C.
215 E. Daily Drive, Suite 9
Camarillo, CA 93010
(805) 383-2788

Attorney for Defendant Foria International, Inc.