# EXHIBIT A

Mark Fang, SBN 199073
MARK FANG ATTORNEY AT LAW, APC
215 E. Daily Dr., #9
Camarillo, CA 93010
Phone: 805-383-2788
Facsimile: 805-388-9488

Attorneys for Plaintiff
FORIA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA     **BY FAX**

FORIA INTERNATIONAL, INC., a )
California Corporation,      )   Case No. _____ 4798 PA (  )
                             )
        Plaintiff            )
                             )   COMPLAINT FOR:
    v.                       )   1) COPYRIGHT INFRINGEMENT;
                             )   2) BREACH OF ACCORD
NITCHES, INC., a California  )      AGREEMENT.
Corporation; KOHL'S DEPARTMENT)
STORES, INC.; and DOES 1-9,  )
inclusive,                   )
                             )
        Defendants           )   (DEMAND FOR JURY TRIAL)

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Foria International, Inc., ("Plaintiff" or "Foria") through its attorney, alleges for its complaint against defendants the following:

### JURISDICTION AND VENUE

1. This is a copyright infringement case arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 et seq. The

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Court has subject matter jurisdiction under 17 U.S.C. § 501 and 28 U.S.C. §§1331, 1338(a). The Court has specific jurisdiction over defendants because they purposefully availed themselves of the privilege of conducting activities in California, defendants specifically targeted California residents, the claims arise out of and relate to defendants' forum-related activities, and the exercise of jurisdiction is reasonable.

2. Venue is proper in this district under 28 U.S.C. § 139(c) and 28 U.S.C. § 1400(a), because the court has personal jurisdiction over all defendants so each defendant is deemed to reside in this District; the copyright infringement occurred in this judicial district; and substantial injury to Plaintiff occurred in this District.

**PARTIES**

3. Plaintiff Foria International, Inc. ("Foria") is, and all relevant times was, a California corporation having a principal place of business in City of Industry, California. Foria is in the business of designing, manufacturing and distributing men's and women's wearing apparel. Foria is the owner of the copyrighted work that forms the basis of this suit and it is the sole entity having the right to bring this action.

4. Defendant Nitches, Inc. ("Nitches") is a California corporation. Nitches is doing business and may be found in this

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1  District. Plaintiff is informed and believes and on that basis
2  alleges that defendant Nitches is in the business of
3  manufacturing and distributing men's and women's wearing apparel.
4
5      5.   Defendant Kohl's Illinois, Inc.("Kohl's") is an
6  Illinois corporation whose principal place of business is in
7  Illinois. Kohl's is doing business and may be found in this
8  District. Plaintiff is informed and believes and on that basis
9  alleges that defendant Kohl's is in the business of retail sales
10 of consumer goods including men's and women's wearing apparel.
11
12     6.   Defendants Does 1 through 9, inclusive, are sued herein
13 under fictitious names and capacities because their identities
14 are unknown to Plaintiff. When the true names and capacities are
15 ascertained, Plaintiff will amend this Complaint by inserting the
16 same herein.
17
18                     **FACTUAL ALLEGATIONS**
19
20     7.   Plaintiff realleges and incorporates by reference each
21 and every allegation contained in paragraphs 1 through 6 as
22 though fully set forth herein.
23     8.   In 2000, Foria created an original fabric design known
24 as "Vintage Woodies With Palm" (hereinafter "the work"), which is
25 copyrightable subject matter under the Copyright Act, 17 U.S.C. §
26 101 et seq.
27
28

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT

9. Foria has complied in all respects with the provisions of the Copyright Act, and on May 10, 2004, Foria registered the copyright in the Vintage Woodies With Palm with the United States Copyright Office, and secured Certificate of Registration No. VA 1-243-904, a copy of which is attached hereto as Exhibit 1.

10. Foria is, and at all relevant times has been, the owner of the copyright in the work. Foria has never assigned the copyright in the work to any other entity and has at all times complied with the Copyright Act and all other laws with regard to the work.

11. Defendants have infringed the copyright in the Vintage Woodies With Palm image by reproducing the copyrighted work on t-shirts and other articles of clothing (hereinafter "Infringing Articles"), and by distributing the Infringing Articles bearing the copyrighted work, in violation of Foria's exclusive rights under The U.S. Copyright Act.

12. A copy of plaintiff's copyrighted work is hereto attached as "Exhibit 2". Five points of reference are identified on Exhibit 2 with the numbers 1 through 5. Each point of reference constitutes a different palm tree or woody style automobile that is part of the copyrighted work.

13. A copy of a photograph of defendants' Infringing Article bearing the subject image is attached hereto as "Exhibit 3". The Exhibit is marked with the numbers 1 through 5 that

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1  match and correlate with the reference points of the portions of
2  the copyrighted work as shown in Exhibit 2 that defendants
3  unlawfully copied.
4       14.  Defendants' actions in copying, reproducing,
5  distributing and/or displaying the work and in making derivative
6  works therefrom were wholly unauthorized and without actual or
7  implied permission from Foria.
8       15.  Defendants' unlawful use of the copyrighted work was
9  done for commercial purposes and economic gain. Defendants, and
10 each of them, have financially benefited from the unauthorized
11 use of the copyrighted work in conscious disregard for Foria's
12 rights.

### COUNT 1 - COPYRIGHT INFRINGEMENT
### (Against All Defendants)

       16.  Plaintiff realleges and incorporates by reference each
and every allegation contained in paragraphs 1 through 15 as
though fully set forth herein.
       17.  Foria has notified defendants that they have infringed
Foria's copyright, but defendants have refused to cease their
acts of infringement.
       18.  At no time has plaintiff authorized defendants to
reproduce or distribute the Vintage Woodies With Palm artwork or
any element contained therein.

5

COMPLAINT FOR COPYRIGHT INFRINGEMENT

19. By reason of defendants' infringement and threatened infringement, plaintiff has sustained and will continue to sustain substantial injury, loss and damage to its ownership rights in the copyrighted work.

20. Further irreparable harm to plaintiff is imminent as a result of defendants' conduct, and plaintiff is without an adequate remedy at law. Plaintiff is entitled to an injunction restraining defendants, their officers, directors, agents, employees, representatives and all persons acting in concert with them from engaging in further such acts of copyright infringement.

21. Plaintiff is further entitled to recover from defendants the damages sustained by plaintiff as a result of defendants' acts of copyright infringement. Plaintiff is at present unable to ascertain the full extent of the monetary damage they have suffered by reason of defendants' acts of copyright infringement, but plaintiff is informed and believes, and on that basis alleges, that defendants have obtained such gains, profits and advantages in an amount exceeding $100,000.

22. Defendants committed each act of infringement with knowledge that the Vintage Woodies with Palm design is protected by a valid U.S. copyright registration and with knowledge that they did not have authorization to use, copy, reproduce, distribute or publicly display the Vintage Woodies with Palm

6

COMPLAINT FOR COPYRIGHT INFRINGEMENT

design. The infringing acts of defendants as alleged above were willful as defined in Section 504(c)(2) of the Copyright Act.

23. Defendant Nitches had knowledge of its infringing activity and knowingly induced, aided encouraged, caused, or materially contributed to the infringing activities of Kohl's, and all other wholesalers, distributors, retailers, and/or other entities who sold any of the Infringing Articles to each such entity, whether or not they are a party hereto. Defendant Nitches created the Infringing Articles incorporating the infringing images and provided the Infringing Articles to each such entity with the knowledge and intent that those entities would distribute and sell the Infringing Articles. Thus, Nitches is contributorily liable for all the infringements herein alleged.

24. On information and belief, the Infringing Articles were manufactured in Mexico by a third party manufacturer at the direction of Nitches. That manufacturer's reproduction of Foria's Vintage Woodies With Palm image, or derivative works made therefrom, onto the cloth from which the Infringing Articles were manufactured constitutes infringement, as does the manufacture of the Infringing Articles and the distribution of the Infringing Articles to Nitches. Nitches is contributorily liable for the manufacturer's acts and is liable to Foria for profits from such infringement.

7

COMPLAINT FOR COPYRIGHT INFRINGEMENT

25. The acts of defendants as alleged herein were performed without Foria's permission, license, or consent.

26. By reason of the infringements of the subject copyright as alleged above, Nitches is jointly and severally liable to Foria for actual damages incurred as a result of the infringements, plus any additional profits attributable to such infringements, of all defendants and of all other retailers, distributors, wholesalers and other entities who manufactured, distributed or sold any of the infringing shirts. Said damages and profits are not fully ascertainable at this time.

27. The acts of Nitches as alleged herein were willful and in reckless disregard of Foria's rights as defined in section 504(c)(2) of the Copyright Act. By reason of the foregoing, Plaintiff is alternatively entitled to statutory damages, enhanced up to $150,000.00, for each work infringed and from each defendant found liable for infringement, with each defendant being jointly and severally liable for such damages.

28. Plaintiff has incurred and will continue to incur attorney's fees and court costs arising from the acts of defendants as alleged herein. Plaintiff is entitled to the recovery of attorney's fees as the prevailing party in this action and as provided for in the Copyright Act.

29. As an alternative to actual damages and profits, plaintiff is entitled to statutory damages from each defendant

8

COMPLAINT FOR COPYRIGHT INFRINGEMENT

for each work infringed. Plaintiff is entitled to enhanced statutory damages of up to $150,000.00 for the work infringed by each defendant found liable for infringement, with defendants being jointly and severally liable for such damages.

### COUNT 2 - BREACH OF ACCORD AGREEMENT
### (Against Defendant Nitches)

30. Plaintiff realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 29 as though fully set forth herein.

31. On or about July 2004, a dispute arose between plaintiff and Nitches regarding Nitches' liability to plaintiff in that Nitches had infringed on the copyright and work owned by Foria. On or about April 7, 2005, plaintiff and Nitches entered into an oral accord agreement by the terms of which defendant Nitches agreed to pay to plaintiff the sum of $45,000.00 and plaintiff agreed to accept the payment of $45,000.00 in full satisfaction and discharge of defendant's obligation to plaintiff. [A copy of the agreement is attached as Exhibit ``4'' and incorporated by reference.]

32. Since April 7, 2005 plaintiff has been willing and able to accept Nitches' performance of the accord agreement in satisfaction and discharge of Nitches' obligation. There are no other terms or conditions of the accord agreement to be performed

9

COMPLAINT FOR COPYRIGHT INFRINGEMENT

by plaintiff. Although demanded by plaintiff Nitches has failed and refused to perform in accordance with the accord agreement.

33. By reason of breach of the accord agreement as alleged above, Nitches is liable to Foria for actual damages in the amount $45,000.00 incurred as a result of the breach, plus interest from the date of the agreement to present.

34. Plaintiff has incurred and will continue to incur attorney's fees and court costs arising from the acts of Nitches as alleged herein. Plaintiff is entitled to the recovery of attorney's fees as the prevailing party in this action.

WHEREFORE, plaintiff prays for relief as follows:

1. For a temporary restraining order, preliminary and permanent injunction enjoining and restraining defendants and all persons acting in concert with them from manufacturing, reproducing, distributing, displaying, advertising, promoting, and offering for sale and/or selling any articles that are substantially similar to the copyrighted work, and to deliver to the Court for destruction or other reasonable disposition all such articles and means for producing same in defendant's possession or control;

2. For a judgment of actual damages and an accounting of defendants' profits in an amount believed to be in excess of

10

COMPLAINT FOR COPYRIGHT INFRINGEMENT

$150,000 to be determined at trial, plus pre-judgment and post-judgment interest;

3. Alternatively, for an award against each defendant for statutory damages on Count 1 pursuant to 17 U.S.C. § 504(c), enhanced against defendant Nitches for their willful and knowing infringements;

4. On Count 2 for an award of $45,000 in actual damages;

5. For an award of reasonable attorney's fees and costs;

6. For such other and further relief as the Court deems just and proper.

Dated:     June 29, 2005          MARK FANG ATTORNEY AT LAW

By: _____
Mark Fang, Attorney for Foria International, Inc.

11

COMPLAINT FOR COPYRIGHT INFRINGEMENT