UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, )<br>INC., and NITCHES, INC., )<br>      )<br>        Plaintiffs, )<br>  v. )<br>      )<br>FORIA INTERNATIONAL INC., )<br>      )<br>        Defendant. ) | Case No. 1:05-CV-01078 (ESH) |

### SUPPLEMENTAL DECLARATION OF MICHELLE M. MARCUS

I, MICHELLE M. MARCUS, do hereby declare as follows:

1. I am a member of the bars of the District of Columbia and Maryland, and am admitted to practice before this Court.

2. I make this supplemental declaration in support of Foria International, Inc.'s Reply in Support of its Motion to Dismiss, or in the Alternative, to Transfer Venue.

3. Attached hereto as Exhibit "A" is a true and correct copy of excerpts from Nitches's Form 10-K/A filing with the United States Securities and Exchange Commission, dated February 16, 2005, printed from July 7, 2005 from the website secfilings.nasdaq.com.

4. Attached hereto as Exhibit "B" is a true and correct copy of the address and court information for the United States Courthouse in Santa Ana, California, 92701, the seat of the Southern Division of the Central District of California, printed July 6, 2005 from that Court's website (www.cacd.uscourts.gov).

5.    Attached hereto as Exhibit "C" is a true and correct copy of directions from 10280 Camino Santa Fe, San Diego, California 92121 (Nitches's headquarters) to Santa Ana, California, 92701, printed from www.mapquest.com on July 7, 2005. As calculated, the distance between these two points is 78.54 miles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 12, 2005

/s/
_____
Michelle M. Marcus (D.C. Bar # 482627)
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300
mmmarcus@venable.com

Attorney for Defendant Foria International, Inc.