# EXHIBIT B

Southern Division - Santa Ana Courthouse

 Close |  Home | Back to List

**Court Info**

Last Updated: **08/18/2004**

# Southern Division - Santa Ana Courthouse
## United States District Court
## Central District of California

Ronald Reagan Federal Building and U.S. Courthouse, Santa Ana



United States District Court
**CENTRAL DISTRICT OF CALIFORNIA**

Divisional Offices
1. Western Division - Roybal Federal Building
2. Western Division - Spring Street Courthouse
3. Southern Division - Santa Ana Courthouse
4. Eastern Division - Riverside Courthouse

The Seven Counties in the jurisdiction of the

**Address:**
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

**Phone:**
(714) 338-4750

**Hours:**
10:00 a.m. to 4:00 p.m. Monday through Friday, excluding court-observed holidays.

Effect November 9, 1999, jurors parking accommodations has been moved to 201 W. Third Street.

**Directions:**
These directions are for juror parking located 2 blocks east of the courthouse.

Traveling South : Take either the Orange Freeway (57) South to the Santa Ana Freeway (5) South or Santa Ana Freeway (5) South. Exit on Broadway Street. (When exiting on Broadway, you will be traveling South.) Stay on Broadway to Third Street. Turn left (east) on Third Street and the parking structure is to your immediate left. (It is on the corner of Broad way and Third Street.)

Southern Division - Santa Ana Courthouse

US District Court, California Central

Map to Courthouse

Local Weather

Traffic Conditions

Traveling North: Take the Santa Ana Freeway (5) to the First/Fourth Street exit. Take the First Street off ramp to the signal (which is First Street). Turn right (east) on the first Street. Travel west on First Street to Broadway. Turn right (north) on to Broadway. Travel on Broadway to Third Street. Turn left (west) on Third Street. The parking structure is to your immediate left. (It is on the corner of Broadway and Third Street.)

Walk: North on Broadway to Fourth Street, then West (across Broadway) on Fourth Street to the Courthouse.

**Parking:**
Jurors: Please park in the designated parking area. If you do not park in the designated parking area, the Clerk's Office is not equipped to validate or provide immediate reimbursement for parking. Obtain a receipt which will be submitted to the Jury Services Section. You will be reimbursed with your jury attendance check.

Counsel and the General Public: May park in this parking structure as well; however, there are many parking lots in and around Orange County Civic Center for your convenience.

**ADA Accommodations:**
Americans with Disabilities Act Accommodations