# EXHIBIT C

Page 1 of 3

Driving Directions from 10280 Camino Santa Fe, San Diego, CA to Santa Ana, CA



**START** **10280 Camino Santa Fe**
San Diego, CA 92121-3105, US

**END** Santa Ana, CA 92701, US

## Maneuvers

| | Maneuver | Distance |
|---|---|---|
| **START** | **1:** Start out going SOUTH on CAMINO SANTA FE toward MIRATECH DR. | <0.1 miles |
| ⤴ | **2:** Make a U-TURN at MIRATECH DR onto CAMINO SANTA FE. | 0.4 miles |
| ⬇ | **3:** Turn LEFT onto MIRA MESA BLVD. | 2.3 miles |
| ⬆ | **4:** Turn RIGHT onto VISTA SORRENTO PKWY. | 0.1 miles |
| NORTH 805 | **5:** Merge onto I-805 N via the ramp on the LEFT. | 1.8 miles |
| NORTH 5 | **6:** I-805 N becomes I-5 N. | 72.1 miles |
| 103C EXIT | **7:** Take the FOURTH ST exit- EXIT 103C- toward FIRST ST. | 0.1 miles |
| RAMP | **8:** Take the ramp toward FIRST ST. | 0.2 miles |
| ⬆ | **9:** Stay STRAIGHT to go onto MABURY ST. | <0.1 miles |
| ⬆ | **10:** Turn RIGHT onto E 1ST ST. | 0.8 miles |
| ⬆ | **11:** Turn RIGHT onto GARFIELD ST. | 0.1 miles |

http://www.mapquest.com/directions/main.adp?go=1&cat=&1a=10280%20Camino%20Santa%20Fe&1c=San%20Diego&1s=C...    7/6/2005

Driving Directions from 10280 Camino Santa Fe, San Diego, CA to Santa Ana, CA

**12:** Turn LEFT onto E 4TH ST.  <0.1 miles

**13:** Turn RIGHT onto GARFIELD ST.  <0.1 miles

**14:** End at Santa Ana, CA 92701, US

**Total Est. Time:** 1 hour, 20 minutes    **Total Est. Distance:** 78.54 miles

Driving Directions from 10280 Camino Santa Fe, San Diego, CA to Santa Ana, CA

**NAVTEQ ON BOARD**

All rights reserved. Use Subject to License/Copyright

These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.