UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC.,<br><br>      Plaintiffs,<br>v.<br><br>FORIA INTERNATIONAL INC.,<br><br>      Defendant. | Case No. 1:05-CV-01078 (ESH) |

## ORDER

Upon consideration of the positions of the parties, IT IS this ____ day of _____, 2005, ORDERED that Plaintiffs Nitches, Inc.'s and Kohl's Department Stores, Inc.'s Motion for Jurisdictional Discovery is hereby DENIED.

_____
The Hon. Ellen Segal Huvelle
United States District Court Judge