# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>FORIA INTERNATIONAL INC., )<br>)<br>Defendant. ) | Case No. 1:05-CV-01078 (ESH) |

## **LOCAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

I, the undersigned, counsel of record for Foria International, Inc. ("Foria"), certify that to the best of my knowledge and belief, Foria has no parent companies, subsidiaries or affiliates with any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

Date: July 18, 2005

Attorneys of record,

/s/
_____
Jeffrey L. Eichen (D.C. Bar # 491035)
Michelle M. Marcus (D.C. Bar # 482627)
VENABLE LLP
575 7th Street N.W.
Washington, DC 20004
Tel:  (202) 344-4000
Fax:  (202) 344-8300
Email:  mmmarcus@venable.com

Of counsel:
Kassandra Clingan, Esq.
Mark Fang, Attorney At Law, P.C.
215 E. Daily Drive, Suite 9
Camarillo, CA 93010
(805) 383-2788

Attorneys for Defendant Foria International, Inc.