UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES,<br>INC., and NITCHES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>FORIA INTERNATIONAL INC.,<br>18689 Arenth Ave.<br>City of Industry, CA  91748<br><br>    Defendant. | Case No. 1:05-CV-01078 (ESH) |

### DECLARATION OF MEGAN E. GRAY

I, Megan E. Gray, hereby declare as follows:

1.  I am an attorney at law duly licensed to practice in the District of Columbia, as well as in the States of California, Texas, Colorado and Minnesota. I am the lawyer for Plaintiffs Kohl's Department Stores, Inc. and Nitches, Inc. in this case. The matters stated in this Declaration are within my personal knowledge, except those matters that are stated on information and belief, and if called upon to testify thereto, I could and would competently do so.

2.  Although Foria's pleading is merely entitled "Reply in Support of Motion to Dismiss," its content is expressly in opposition to Plaintiff's motion for jurisdictional discovery. Foria's counsel told me that he believes that this pleading suffices to oppose Plaintiffs' jurisdictional-discovery motion.

3.  Plaintiffs served Foria with this lawsuit by personal, hand-delivery on Mark Fang, the individual registered with the California Secretary of State as part of Foria's incorporation papers as the person authorized to accept service of legal papers.

4.  Attached as Exhibit A is a true and correct copy of the Proof of Service for the Summons and Complaint by personal service upon Mark Fang, Foria International, Inc.'s Agent for Service of Process.

5.  Attached as Exhibit B is a true and correct copy of a printout from the website for the Secretary of State for the State of California showing Mark Fang as Foria International Inc.'s "designated agent for service of process."

6.  Foria sent me (by FedEx and certified mail) copies of the Central District of California lawsuit. As a matter of professional courtesy, I sent a fax to Foria's counsel each time alerting them that service did not comply with Fed. R. Civ. P. 4 and inviting them to correct the problem. However, Foria has yet to properly serve the papers. Attached as Exhibit C is a true and correct copy of that fax.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  July 19 , 2005, in the District of Columbia.

By: _____
Megan E. Gray

# Exhibit A

MEGAN E. GRAY
ROYLANCE ABRAMS BERDO & GOODMAN
1300 19TH ST, NW #600
WASHINGTON, DC 20036

202-659-9076
PLAINTIFF

# UNITED STATES DISTRICT COURT

| KOHL'S DEPARTMENT STORES, INC. | CASE NUMBER: |
|---|---|
| | 05CV01078 |
| v.                    Plaintiff(s) | |
| FORIA INTERNATIONAL, INC. | **PROOF OF SERVICE** |
| | **SUMMONS AND COMPLAINT** |
| | (Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHMENT "A"

2. **Person served:**

   a. [X] Defendant *(name)*: FORIA INTERNATIONAL, INC.

   b. [X] Other *(specify name and title or relationship to the party/business named)*: MARK FANG, AGENT FOR SERVICE OF PROCESS

   c. [X] Address where papers were served: 215 E. DAILY DR., STE. 9, CAMARILLO, CA 93010

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [X] Federal Rules of Civil Procedure
   [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date)*: JUNE 3, 2005   at *(time)*: 8:57AM

   b. [ ] By **Substituted service.** By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] due diligence: I made at least three (3) attempts to personally serve the defendant.

CV-1 (04/01)                    PROOF OF SERVICE - SUMMONS AND COMPLAINT                    PAGE 1
                                                                                              CCD-1B

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☒ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date)*: _____ at *(time)*: _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

MULELE J. NIKESHA - #3015 LOS ANGELES
PROCOURIER, INC.
1706 S. FIGUEROA ST.
LOS ANGELES, CA 90015   213-481-8100

a. Fee for service: $ 171.00
b. ☐ Not a registered California process server
c. ☐ Exempt from registration under B&P 22350(b)
d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 3, 2005

_____
(Signature)

## ATTACHMENT "A"
## KOHL'S DEPARTMENT STORES, INC. VS. FORIA INTERNATIONAL, INC.
## 05CV01078

NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE;

CERTIFICATE OF CORPORATE DISCLOSURES;

INITIAL ELECTRONIC CASE FILING ORDER

# Exhibit B

# California Business Portal

Secretary of State BRUCE McPHERSON

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | SPECIAL PROGRAMS

**Business Search Corporations**

- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Corporate Records Order Form
  - Certificates
  - Copies
  - Status Printouts
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "JUL 15, 2005" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| FORIA INTERNATIONAL, INC. |
| **Number:** C1164763  **Date Filed:** 12/16/1982  **Status:** active |
| **Jurisdiction:** California |
| Address |
| 18689 ARENTH AVENUE |
| CITY OF INDUSTRY, CA 91748 |
| Agent for Service of Process |
| MARK FANG |
| ATTORNEY AT LAW |
| 215 EAST DAILY DRIVE SUITE 10 |
| CAMARILLO, CA 93010 |

[ Printer Friendly ]

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. **Privacy Statement**.

# Exhibit C

# ROYLANCE
### Abrams, Berdo & Goodman, L.L.P.

1300 19th Street NW, Suite 600 • Washington, DC 20036
Direct Phone: 202-530-7365 • Fax: 202-659-9344
mgray@roylance.com



## FAX

| | | | |
|---|---|---|---|
| **To:** | Jeffrey Eichen, Esq. | **From:** | Megan E. Gray |
| | Michelle M. Marcus, Esq. | | |
| | Venable | | |
| | and | | |
| | Kassandra Clingan, Esq. | | |
| | Law Office of Mark Fang | | |
| **Fax:** | 202-344-8300 | **Date:** | July 14, 2005 |
| **Fax2:** | 805 - 388-9488 | **Pages:** | |
| **Re:** | Kohl's – Nitches - Foria | **File No:** | |

**CONFIDENTIAL – SUBJECT TO ATTORNEY-CLIENT PRIVILEGE.** Any dissemination, distribution, or copying of this communication by other than its addressee is strictly prohibited. If this facsimile has been received in error, please immediately notify the sender.

### Dear Counsel –

**Today I received by certified mail a copy of a lawsuit very recently filed by Foria in the Central District of California, accompanied by a Rule 4 waiver-of-service form. Once again, as a matter of professional courtesy, I bring to your attention that this delivery does not comply with the specific requirements of the Federal Rules of Civil Procedure; I invite you to correct those issues.**

**Further, as a matter of professional courtesy, I note for your benefit that I believe the judge ordered you to immediately serve the defendants with an order that he issued, but I don't believe that has happened.**

