UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORIA INTERNATIONAL INC., <br> 18689 Arenth Ave. <br> City of Industry, CA 91748 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:05-CV-01078 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### SUPPLEMENTAL DECLARATION OF PAUL WYANDT

I, Paul Wyandt, hereby declare as follows:

1. I am President of Nitches, Inc. The matters stated in this Declaration are within my personal knowledge, except those matters that are stated on information and belief, and if called upon to testify thereto, I could and would competently do so.

2. The Nitches Los Angeles location is for the company's BODY DRAMA line, not the NEWPORT BLUE line that is involved with the alleged infringements.

3. No employees at the Nitches Los Angeles "location" have any knowledge of this dispute. Further, there are no documents relevant to this dispute at that location.

4. Nitches did not sell the alleged infringements from its Los Angeles location.

5. All of Nitches' executive and administrative functions occur in San Diego.

6. Nitches' relevant witnesses in this dispute are not limited solely to Nitches' employees. In fact, there is a non-employee who is a percipient witness regarding the design creation.

\\RABG-EXC-01\DATA\n\Nitches\Foria\wyandt supp declaration.doc

7.    I have recently purchased apparel bearing Foria's RN number at a Stein Mart in Poway, which is within 5 miles of San Diego.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____July 14_____, 2005, in San Diego, CA.

By: _____
Paul Wyandt

\\RABG-EXC-01\DATA\n\Nitches\Foria\wyandt supp declaration.doc