**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., and NITCHES, INC., </br> Plaintiffs, </br> v. </br></br> FORIA INTERNATIONAL, INC., </br></br> Defendant. | Case No. 1:05-CV-01078 (ESH) |

**ORDER**

HAVING CONSIDERED Defendant's Motion to Strike Plaintiffs' Surreply, it is by this Court this _____ day of _____, 2005:

ORDERED, that Defendant's Motion to Strike shall be, and the same hereby is, GRANTED. It is further

ORDERED, that Plaintiffs' Surreply shall be, and the same hereby is, STRICKEN.

_____
The Hon. Ellen Segal Huvelle
United States District Judge