UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| KOHL'S DEPARTMENT STORES, INC., *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>FORIA INTERNATIONAL, INC.,<br><br>　　　Defendant. | Civil Action No. 05-1078 (ESH) |

### ORDER

Upon consideration of defendant's motion to dismiss or, in the alternative, to transfer venue [#4], the opposition thereto, defendant's reply and plaintiffs' surreply, it is this 25th day of July, 2005, hereby

**ORDERED** that the motion to transfer is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk of the Court is directed to transfer this action forthwith to the Clerk of the Central District of California; and it is

**FURTHER ORDERED** that all other motions [#5 and #16] are **DENIED** as **MOOT**.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　United States District Judge

Date: July 25, 2005